FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 12-15796 | FMD | Judge: Caryl E. Delano |
|---|---|---|---|
| Case Name: | BARTON, DEBORAH DAYE | | |
| For Period Ending: | 03/31/14 | | |

| Trustee Name: | DIANE L. JENSEN |
|---|---|
| Date Filed (f) or Converted (c): | 10/18/12 (f) |
| 341(a) Meeting Date: | 11/28/12 |
| Claims Bar Date: | 03/04/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 20.00 | 0.00 | | 0.00 | FA |
| 2. BANK ACCOUNT(s) | 1,144.00 | 0.00 | | 0.00 | FA |
| 3. SECURITY DEPOSITS | 1,200.00 | 0.00 | | 0.00 | FA |
| 4. FURNITURE; HH GOODS | 2,525.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS AND ART OBJECTS | 800.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 7. SPORTING EQUIPMENT | 500.00 | 0.00 | | 0.00 | FA |
| 8. 2011 TAX REFUND | 6,580.00 | 0.00 | | 0.00 | FA |
| 9. 1991 Geo Prizm | 1,725.00 | 0.00 | | 0.00 | FA |
| 10. dog | 50.00 | 0.00 | | 0.00 | FA |
| 11. PREFERENTIAL TRANSFER RECOVERY (u) | 0.00 | 5,297.41 | | 5,297.41 | FA |
| 12. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $15,044.00 | $5,297.41 | | $5,297.41 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Will close as soon as possibleMarch 05, 2013, 10:43 am mailing the check todayFebruary 13, 2013, 03:13 pm did followup
on preference payment not receivedFebruary 12, 2013, 11:05 am preference to be paid January 14, 2013, 03:08 pm gave
extension to 1-21 or suit to be filedJanuary 14, 2013, 08:57 am Suntrust called and requested an extention until Jan 10
to respond to preference demand; December 11, 2012 (SH)
do preference demand to SuntrustNovember 29, 2012, 08:59 am

LFORM1

Ver: 17.05d

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2

| | | | |
|---|---|---|---|
| Case No: | 12-15796    FMD    Judge: Caryl E. Delano | Trustee Name: | DIANE L. JENSEN |
| Case Name: | BARTON, DEBORAH DAYE | Date Filed (f) or Converted (c): | 10/18/12 (f) |
| | | 341(a) Meeting Date: | 11/28/12 |
| | | Claims Bar Date: | 03/04/13 |

Initial Projected Date of Final Report (TFR): 08/20/14    Current Projected Date of Final Report (TFR): 08/20/14

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-15796 -FMD | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|
| Case Name: | BARTON, DEBORAH DAYE | Bank Name: | Bank of Kansas City |
| | | Account Number / CD #: | *******6314 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9134 | | |
| For Period Ending: | 03/31/14 | Blanket Bond (per case limit): | $ 750,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/21/13 | 11 | SUNTRUST BANK #0736184286 | PREFERENTIAL TRANSFER REPAYMENT | 1241-000 | 5,297.41 | | 5,297.41 |
| | | | per demand letter 11/29/12 | | | | |
| 03/14/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 1.78 | 5,295.63 |
| 04/12/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 7.87 | 5,287.76 |
| 04/30/13 | | Bank of Kansas City | BANK SERVICE FEES | 2600-000 | | 10.00 | 5,277.76 |
| 05/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,267.76 |
| 06/28/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,257.76 |
| 07/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,247.76 |
| 08/30/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,237.76 |
| 09/30/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,227.76 |
| 10/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,217.76 |
| 11/29/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,207.76 |
| 12/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,197.76 |
| 01/31/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,187.76 |
| 02/28/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,177.76 |
| 03/31/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,167.76 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,297.41 | 129.65 | 5,167.76 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,297.41 | 129.65 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,297.41 | 129.65 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******6314 | 5,297.41 | 129.65 | 5,167.76 |
| | 5,297.41 | 129.65 | 5,167.76 |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals  5,297.41  129.65

Ver: 17.05d

LFORM24

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-15796 -FMD | Trustee Name: | DIANE L. JENSEN |
| --- | --- | --- | --- |
| Case Name: | BARTON, DEBORAH DAYE | Bank Name: | Bank of Kansas City |
| | | Account Number / CD #: | *******6314  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9134 | | |
| For Period Ending: | 03/31/14 | Blanket Bond (per case limit): | $ 750,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account (Non-Interest Earn - *******6314 | | Transfers) | To Debtors) | On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |

Ver: 17.05d

LFORM24